**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>SOUTH HILLS OPERATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-21217-CMB<br>(Jointly Administered) |
| ROBERT S. BERNSTEIN, Liquidating Trustee of SOUTH HILLS OPERATIONS, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>HERB OLITSKY CONSULTING SERVICES, INC.,<br><br>Defendant. | Adversary Pro. No. 26-02063-CMB |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, I caused a copy of the Complaint, Summons in an Adversary Proceeding, Order regarding Adversary Proceeding & Notice to Comply with Early Conference of Parties Procedure, and Early Conference Certification and Stipulation to be served upon the following persons and parties by electronic means through the ECF system or by mail, as follows:

**Via First Class Mail**

Herb Olitsky Consulting Services, Inc.
Attn: President/CEO/Highest Available Officer
3009 Avenue K
Brookyln, NY 11210

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149);Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); Maybrook-C Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

WH BURKLEY, LLP

By:/s/ *Gwenyth A. Ortman*
Gwenyth A. Ortman, Esquire
gortman@bernsteinlaw.com
PA ID No. 336120
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-1900
Telephone: (412) 456-8141
Facsimile: (412) 456-8135

*Counsel to the Liquidating Trustee*